No. 353.   COWLES PUBLISHING Co. v. NATIONAL LABOR RELATIONS BOARD, *ante*, p. 876.   Motion for leave to file petition for rehearing denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this motion.

No. 539.   MASON v. SUMMER LAKE IRRIGATION DISTRICT ET AL., *ante*, p. 937.   Rehearing denied.

No. 257, October Term, 1953.   JONES v. LYKES BROTHERS STEAMSHIP Co., INC., 346 U. S. 857.   Motion for leave to file second petition for rehearing denied.